No. 95–6031. DESMOND *v.* NEW VALLEY CORP. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 4, 1995, within which to pay the docketing fee required

by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.